IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. BUCKSHAW,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMTRAC, et al.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 02-02567 |

## ORDER

**AND NOW**, this 30th day of June 2022, upon review of the docket in the above-captioned case and Plaintiff John J. Buckshaw's pro se Motion for Leave to Amend his Complaint (Doc. No. 30), it is **ORDERED** that the Motion (Doc. No. 30) is **DENIED.**

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　 /s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.

1